**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**FLOYD DELL JOHNSON**                                                                                    **PLAINTIFF**
**ADC #077727**

**v.**                                           **Case No. 2:20-cv-00129-KGB-ERE**

**TYRONE ALLISON** *et al.*                                                                          **DEFENDANTS**

## ORDER

      Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 98). No objections to the Recommendation have been filed, and the time for filing objections has passed. After careful review, the Court adopts the Recommended Disposition in its entirety as the Court's findings in all respects and grants defendant Ethan Casey's motion for summary judgment (Dkt. Nos. 92; 98). The Court dismisses plaintiff Floyd Johnson's complaint, denies the requested relief, and denies as moot the parties' joint motion to continue trial and associated deadlines (Dkt. No. 100).

      It is so ordered this the 20th day of June, 2023.

_____
Kristine G. Baker
United States District Judge